[No. 16683-6-II.    Division Two.    March 13, 1995.]

HOUSEHOLD FINANCE INDUSTRIAL LOAN COMPANY, *Respondent*, v. ALMONSON J. SALDAVIA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-03222-3, D. Gary Steiner, J., entered December 3, 1992. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 17949-1-II.    Division Two.    March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE BARRERA CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-1-00386-7, Gordon Godfrey, J., entered February 26, 1993. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 13512-8-III.    Division Three.    March 14, 1995.]

DARRELL D. HICKMAN, SR., *Appellant*, v. KIM B. HAMILTON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-00076-5, Michael E. Cooper, J., entered August 9, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 13029-1-III.    Division Three.    March 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. PITTS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 92-1-00076-1, John E. Bridges, J., entered January 29, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.